UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELSEY MORTON,

    Plaintiff,

vs.                                      Case No. 8:15-cv-2142-T-27TBM

MEDICREDIT, INC., a Missouri corporation,
WEST FLORIDA - MHT, LLC, a Florida
corporation d/b/a MEMORIAL HOSPITAL
OF TAMPA, LP, and CAPIO PARTNERS, LLC, a
Texas corporation,

    Defendants.
_____/

## ORDER

The Court has been advised that this action has been settled (Dkt. 33). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 23rd day of November 2016.

                                                  JAMES D. WHITTEMORE
                                                 **United States District Judge**

Copies to: Counsel of Record

1